### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**KRISTY YANCEY**                                                                                  **PLAINTIFF**

**V.**                                **CASE NO. 3:11CV00108 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                **DEFENDANT**


### JUDGMENT

Judgment is hereby entered in favor of Michael J. Astrue, Commissioner, Social

Security Administration, and against Plaintiff Kristy Yancey.

DATED this 24th day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE